JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINA SHPAK,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES et al.,<br><br>    Defendants. | Case No. 2:25-cv-04184-SB-MAA<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order of dismissal entered this day, Plaintiff's claims are dismissed without prejudice for failure to timely serve under Rule 4(m).

    This is a final judgment.

Date: September 2, 2025

                                                           Stanley Blumenfeld, Jr.
                                                           United States District Judge